STATE of Missouri, Respondent,

v.

Roudy PIERRE, Appellant.

No. WD 59280.

Missouri Court of Appeals,
Western District.

June 28, 2002.

John M. Schilmoeller, Assistant State Public Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Audara L. Charlton, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, Presiding Judge, EDWIN H. SMITH, Judge and VICTOR C. HOWARD, Judge.

***ORDER***

PER CURIAM.

Roudy Pierre appeals from his conviction of first-degree murder, § 565.020; three counts of armed criminal action, § 571.015; and two counts of first-degree assault, § 565.050. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).